Crosby, Appellant, *v.* Philadelphia.

Submitted November 14, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*David H. Kubert,* for appellant.

*Matthew W. Bullock, Jr.,* Second Deputy City Solicitor, *Karl I. Schofield,* Deputy City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for City of Philadelphia, appellees.

*Robert S. Hass,* for trustees, appellees.

OPINION PER CURIAM, January 9, 1970:
Decree affirmed; each party to pay own costs.